IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
RNI Wind Down Corporation, et al.,[1]           :   Case No. 06-10110 (CSS)
                                                :
                                                :   Jointly Administered
              Debtors.                          :
------------------------------------------------------------x

**ADDITIONAL DESIGNATIONS OF RECORD FOR THE PLAN ADMINISTRATOR'S APPEAL FROM THE DECISION AND ORDER OVERRULING THE MODIFIED OMNIBUS OBJECTION TO INDEMNIFICATION CLAIMS OF CERTAIN OF THE DEBTORS' FORMER DIRECTORS ENTERED BY THE BANKRUPTCY COURT ON JULY 9, 2007**

Andrew Feldman ("Mr. Feldman"), by and through is undersigned counsel, hereby submits these additional designations of record pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure to be included on appeal by the Plan Administrator to the United States District Court for the District of Delaware from the Decision [Docket No. 1406] and Order [Docket No. 1407] entered by the United States Bankruptcy Court for the District of Delaware (Christopher J. Sontchi, J.) on July 9, 2007 overruling the Modified Omnibus Objection to Indemnification Claims of Certain of the Debtors' Former Directors and Officers (the "Claim Objection") [Docket No. 650] in connection with the proof of claim filed by Mr. Feldman.

**Designation Of Items To Be
Included In the Record On Appeal**[2]

1.  Certification of Counsel Regarding Confidentiality Stipulation and Protective Order Filed by Andrew Feldman [Docket No. 1211].

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc.; Blue Coast Software; The OASys Group, Inc.; Riverstone Networks SPC, Inc.; and Pipal Systems, Inc.

[2] Each designated item shall also include any exhibits to such item.

1601014

2.  Andrew Feldman's Response to the Plan Administrator's Motion In Limine to Preclude Certain Testimony From David J. Schindler Filed by Andrew Feldman [Docket No. 1316].

3.  Request for Judicial Notice of Andrew Feldman In Support of His Response to Modified Omnibus Objection of Equity Committee to Indemnification Claims of Certain of the Debtors' Former Director and Officers Filed by Andrew Feldman [Docket No. 1317].

4.  Joint Exhibit and Witness Lists and Designations of Deposition Transcripts Filed by Plan Administrator of RNI Wind Down Corp. [Docket No. 1325].

[Remainder of page intentionally blank]

Dated: August 13, 2007
      Wilmington, Delaware

                                    Respectfully submitted,

                                    MORRIS JAMES LLP

                                    /s/ Carl N. Kunz, III
                                    Carl N. Kunz, III (DE Bar No. 3201)
                                    1500 Delaware Avenue, Suite 1500
                                    P.O. Box 2306
                                    Wilmington, DE 19899-2306
                                    Telephone: (302) 888-6800
                                    Facsimile: (302) 571-1750

                                              -and-

                                    LATHAM & WATKINS LLP
                                    Peter M. Gilhuly
                                    Robert W. Perrin
                                    Terri L. Lilley
                                    633 West Fifth St., Suite 4000
                                    Los Angeles, CA 90071
                                    Telephone: (213) 485-1234

                                    Attorneys for Andrew Feldman

1601014