IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: RNI Wind Down Corporation et al

| | | |
|---|---|---|
| Plan Administrator, RNI Wind Down Corporation, | ) ) ) | |
| Appellant | ) ) ) | Civil Action No.   07-513 |
| v. | ) ) | |
| Andrew Feldman, | ) ) | |
| Appellee | ) | Bankruptcy Case No.  06-10110 CSS<br>AP 07-75 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/9/07 was docketed in the District Court on 8/22/07:

> Order overruling the Modified Omnibus Objection to Indemnification Claims of Certain of the Debtors' Former Directors and Officers; denying as moot the Plan Administrator's Motion in Limine to Preclude Claimant Andrew Feldman from Proffering Expert Testimony from David J. Schindler, a Lay Witness, Concerning Expected Future Legal Expenses; and Withdrawing as moot the Request for Judicial Notice of Andrew Feldman in support of His Response to Modified Omnibus Objection of Equity Committee to Indemnification Claims of Certain of the Debtors' Former Directors and Officers.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: 8/22/07
To:    U.S. Bankruptcy Court
        Counsel