# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

FREDERICK B. ROSNER
DIRECT DIAL: 302.657.4943
E-MAIL: fbrosner@duanemorris.com

www.duanemorris.com

October 25, 2007

**VIA E-FILE & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court - District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Wilmington, DE 19801

    Re:    **In re RNI Wind Down Corporation;**
              **Plan Administrator v. Andrew Feldman, Civil Action No. 07-cv-513 (GMS)**

Honorable Sir:

      I contacted the parties to this bankruptcy appeal and have been advised that the parties are in the process of documenting a stipulation and mediation is not necessary.

      I am available at the convenience of the Court and will proceed in whatever manner the Court deems appropriate.

                                                             Respectfully yours,

                                                            Frederick B. Rosner

FBR/nmj

cc:    Elizabeth Dinan

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200    WILMINGTON, DE 19801-1246    PHONE: 302.657.4900  FAX: 302.657.4901
DM3\574871.1