## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

January 17, 2008

TO:       Counsel

RE:       In Re RNI Wind Down Corporation
          Civil Action No. 07-513 GMS

Dear Counsel:

    Pursuant to counsel's letter to the court dated October 25, 2007 (D.I. 5), please submit a status report, or a stipulation of dismissal, regarding the above-referenced case no later than January 31, 2008.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Chief Judge Sleet