IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLAN ADMINISTRATOR, RNI <br> WIND DOWN CORPORATION | ) <br> ) <br> ) | |
| Appellant | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 07-513 GMS |
| ANDREW FREEMAN | ) <br> ) <br> ) | |
| Defendant | ) | |

## ORDER

WHEREAS, on August 22, 2007, a Notice of Appeal was filed appealing the Order entered on July 9, 2007, by United States Bankruptcy Judge Sontchi (D.I. 1);

WHEREAS, on September 4, 2007, this case was referred to mediation;

WHEREAS, on October 25, 2007, the mediator, Frederick B. Rosner, Esq., advised the court that the parties were in the process of documenting a stipulation and that mediation was not necessary (D.I. 5);

WHEREAS, on January 17, 2008, the court directed the parties to file either a status report or a stipulation of dismissal no later than January 31, 2008 (D.I. 6);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The appellant is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the appellant fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

/s/ _____
CHIEF, UNITED STATES DISTRICT JUDGE

May 2, 2008



FILED
MAY -- 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE